UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                              :          CASE NO.: 15-13032-AJC
                                                    :
AUSTRALIA SEGURADO,                                 :          CHAPTER 7
                                                    :
_____Debtor._____/

> **Basis for Exigency**
>
> The Debtor failed to appear at the §341 Meeting on March 25, 2015. The Trustee believes there may be assets in this case which could be administered for the benefit of all creditors. The Trustee has continued the §341 Meeting to April 24, 2015 at 9:00 A.M., and by this Motion the Trustee seeks the entry of an Order compelling the Debtor to appear. Accordingly, the Trustee respectfully requests that the Court allow a hearing in this Motion prior to April 24, 2015.

### EXPEDITED MOTION TO COMPEL DEBTOR TO ATTEND §341 MEETING OF CREDITORS

COMES NOW the Trustee, Robert A. Angueira, by and through the undersigned counsel, and files this Expedited Motion to Compel Debtor to §341 Meeting of Creditors, and would state as follows:

1.     This is a voluntary Chapter 7 case which was commenced by the Debtor on February 19, 2015 (the "*Petition Date*"), and Robert A. Angueira was appointed to serve as the Chapter 7 Trustee (the "*Trustee*").

2.     The §341 Meeting of Creditors in connection with this proceeding was scheduled to be held on March 25, 2015 at 9:00 A.M.; however the Debtor failed to appear at the §341 Meeting.

3.     The Trustee has continued the §341 Meeting of Creditors, and the continued meeting is scheduled to be held on April 24, 2015 at 9:00 A.M.

4.     The Trustee believes there may be assets in this case which could be administered

for the benefit of all creditors. Amongst other issues, the Trustee notes that Schedule B, Item #7 of the Bankruptcy Petition reflects only $360.00 in jewelry, and SOFA #10 reflects no sales or transfers of property within two (2) years pre-petition. However, the Debtor owes over $21,000.00 to Mayors Jewelers per Schedule F. Since the Trustee has not yet been able to conduct a §341 Meeting, a 2004 Examination, or an inspection and appraisal of the Debtor's personal property, the Trustee does not know what else is likely to be discovered. However, the Trustee would provide the Court with this example of what has been discovered to date.

5. The Trustee requests that this Court enter an Order compelling this Debtor to attend the §341 Meeting of Creditors on April 24, 2015. If the Debtor fails to appear for the §341 Meeting pursuant to Court Order, then the Trustee requests that the Order provide that the Trustee is authorized (without further notice or hearing) to prepare and submit for signature an Order directing the United States Marshall to apprehend the Debtor, Austrailia Segurado, of 4390 W 12th Lane #9A, Hialeah, Florida 33012 for the purpose of bringing the Debtor to the §341 Meeting and before this Court.

WHEREFORE, Robert A. Angueira, Trustee, moves this Court for the entry of an Order:

(a) **COMPELLING** the Debtor to attend the continued §341 Meeting of Creditors on April 24, 2015 at 9:00 A.M.; and

(b) **ORDERING** that if the Debtor fails to appear at the §341 Meeting of Creditors, then the Trustee is authorized to prepare and submit for signature an Order directing the United States Marshal to **APPREHEND** the Debtor, Austrailia Segurado, of 4390 W 12th Lane #9A, Hialeah, Florida 33012 for the purpose of bringing the Debtor to the §341 Meeting and to appear before the Court; and

(c) **GRANTING** any such further relief as this Court deems Just and Proper.

[*Remainder of Page Intentionally Left Blank*]

CASE NO.: 15-13032-AJC

Dated: March 28th, 2015.

        ROBERT A. ANGUEIRA, P.A.
        6495 S.W. 24th Street
        Miami, Florida 33155
        Tel. (305) 263-3328
        Fax (305) 263-6335
        e-mail rachel@rabankruptcy.com

        By _____/s/_____
          RACHEL L. AHLUM
          Florida Bar No. 0091291

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 28th day of March, 2015, to the Debtor as follows:

**Australia Segurado**
4390 W 12th Lane #9A
Hialeah, FL 33012-5998

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 28th day of March, 2015, to:

- Robert A Angueira trustee@rabankruptcy.com, fl79@ecfcbis.com; tassistant@rabankruptcy.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

        ROBERT A. ANGUEIRA, P.A.
        6495 S.W. 24th Street
        Miami, Florida 33155
        Tel. (305) 263-3328
        Fax (305) 263-6335
        e-mail rachel@rabankruptcy.com

        By _____/s/_____
          RACHEL L. AHLUM
          Florida Bar No. 0091291