UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                              :         CASE NO.: 15-13032-AJC
                                                    :
AUSTRALIA SEGURADO,                                 :         CHAPTER 7
                                                    :
_____Debtor._____ /

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING TO CONSIDER EXPEDITED MOTION TO COMPEL DEBTOR TO ATTEND 341 MEETING OF CREDITORS FILED BY TRUSTEE ROBERT A. ANGUEIRA

Undersigned counsel for Robert A. Angueira, as Trustee certifies that she has served a copy of the Notice of Hearing to consider Expedited Motion to Compel Debtor to Attend 341 Meeting of Creditors filed by Trustee Robert A. Angueira to be held on April 2, 2014 at 2:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Courtroom 7, Miami, FL 33128.

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 30th day of March, 2015, to the Debtor as follows:

**Australia Segurado**
4390 W 12th Lane #9A
Hialeah, FL 33012-5998

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 30th day of March, 2015, to:

- Robert A Angueira trustee@rabankruptcy.com, fl79@ecfcbis.com; tassistant@rabankruptcy.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com

By _____
    RACHEL L. AHLUM
    Florida Bar No. 0091291