

**ORDERED in the Southern District of Florida on April 2, 2015.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-13032-AJC |
| | : | |
| AUSTRALIA SEGURADO, | : | CHAPTER 7 |
| | : | |
|     Debtor.          / | | |

### ORDER GRANTING THE TRUSTEE'S EXPEDITED MOTION TO COMPEL DEBTOR TO ATTEND §341 MEETING OF CREDITORS [D.E. 12]

THIS CAUSE came before the Court on April 2, 2015 at 2:00 P.M. to consider the Trustee's *Expedited Motion to Compel Debtor to Attend §341 Meeting of Creditors* [D.E. 12]. The Court has considered argument of counsel for the Trustee, and counsel for the Debtor, and has reviewed the Motion and the record herein. The Trustee's counsel has advised the Court that a copy of this Order will be served upon the Debtor by a process server to ensure that there are no problems with the Debtor receiving adequate notice of this Order. Therefore, for the reasons stated on the record, it is

      **ORDERED** as follows:

1.	The Trustee's *Expedited Motion to Compel Debtor to Attend §341 Meeting of Creditors* [D.E. 12] is **GRANTED.**

2.	The Debtor is ordered to appear at the Continued §341 Meeting of Creditors on April 24, 2015 at 9:00 A.M., which will be held at the Claude Pepper Federal Building, 51 SW First Ave., Room 102, Miami, Florida.

3.	If the Debtor fails to appear at the §341 Meeting of Creditors on April 24, 2015 at 9:00 A.M., then the Court will direct the U.S. Marshals to apprehend the Debtor, Australia Segurado, of 4390 W. 12th Ln. #9A, Hialeah, Florida 33012, and incarcerate the Debtor pending her appearance at a future §341 Meeting of Creditors.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, FL 33155
Tel. 305-263-3328
Fax 305-263-6335
e-mail   rachel@rabankruptcy.com

Copies furnished to:
Rachel L. Ahlum, Esq.

*(Attorney Rachel L. Ahlum is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*