

**ORDERED in the Southern District of Florida on April 3, 2015.**

_A. Jay Cristol_
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No: **15-13032-AJC**
    **Australia Segurado**                     Chapter **7**
    _____Debtor_____/

**Any interested party, including the Debtor, who fails to file and serve a written response to this order within 21 days after the date of service stated in this order shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of this order. Any scheduled hearing may then be canceled.**

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**THIS CAUSE** having come upon Motion to Withdraw (DE #16), heard on April 2, 2015, and the Judge having heard argument, it is:

**ORDERED** as follows:

1. Counsel's Motion to Withdraw is **GRANTED** and the Attorney Robert Sanchez, Esq. is hereby permitted to withdraw as attorney for the Debtor, Australia Segurado, and shall have no further obligation in this matter.

2. All future communication shall be sent directly to the Debtor at her last known address of 4390 W 12th Lane #9A, Hialeah, FL 33012-5998 and by phone at (305) 819-7854.

###

Attorney Robert Sanchez, is hereby directed to mail a conformed copy of this order to all affected parties