UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 Case No. 15-13032-AJC
Australia Segurado,                                          Chapter 7
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting the Motion to Withdraw as Counsel for Debtor [ECF #25] was sent to all interested parties on April 6, 2015 by ECF and U.S. Mail to ROBERT A. ANGUEIRA, P.A., c/o Rachel Ahlum, Esq., 6495 S.W. 24th Street, Miami, Florida 33155; Certified Mail and regular U.S. Mail to Debtor, Australia Segurado, 4390 W 12th Lane #9A, Hialeah, FL 33012-5998 (including the Order Granting the Trustee's Motion To Compel Debtor to Attend 341 Meeting [ECF #20]), and regular U.S. Mail to all creditors of record.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq.,
     FBN#0442161

| | | |
|---|---|---|
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Amexdsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |
| Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197 | Cap1/Saks<br>3455 Highway 80 W<br>Jackson, MS 39209 | Carico International<br>2851 W Cypress Creek Rd<br>Fort Lauderdale, FL 33309 |
| Chase/Circuitcity<br>Po Box 15298<br>Wilmington, DE 19850 | Comenity Bank/Spiegel<br>995 W 122nd Ave<br>Westminster, CO 80234 | Comenitybank/Talbots<br>Po Box 182120<br>Columbus, OH 43218 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Elan Financial Service<br>Po Box 790084<br>Saint Louis, MO 63179 | First Fl Cu<br>500 W. 1st Street<br>Jacksonville, FL 32202 |
| Ginnys<br>1112 7th Ave<br>Monroe, WI 53566 | Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004 | Lowe's<br>POB 965005<br>Orlando, FL 32896-5005 |
| LVNV Funding<br>POB 10497<br>Greenville, SC 29603 | Mayors Jewelers Inc<br>5870 North Hiatus Road<br>Tamarac, FL 33321 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 |
| Midland Funding<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566 | Portfolio Recovery Associates<br>Riverside Commerce Center<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4962 |
| Portfolio Recovery<br>Associates, LLC<br>c/o Pollack & Rosen, P.A.<br>806 Douglas Road<br>South Tower, Suite 200<br>Coral Gables, FL 33134 | Region/Ams<br>Po Box 11007<br>Birmingham, AL 35288 | Sears/Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117 |

| | | |
|---|---|---|
| Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566 | Southeast Toyota Finance<br>POB 991817<br>Mobile, AL 36691-8817 | Stoneberry<br>POB 2820<br>Monroe, WI 53566-8020 |
| Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896 | Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420 | Syncb/Jewelry Express<br>C/O Po Box 965036<br>Orlando, FL 32896 |
| Syncb/Lord & Tay<br>Po Box 965015<br>Orlando, FL 32896 | Syncb/Rooms To Go<br>Po Box 965036<br>Orlando, FL 32896 | Syncb/Walmart<br>Po Box 965024<br>Orlando, FL 32896 |
| Syncb/Walmart Dc<br>Po Box 965024<br>Orlando, FL 32896 | Talbots<br>175 Beal St<br>Hingham, MA 02043 | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440 |
| Tdrcs/Mayors Jewelers<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430 | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040 |
| Walmart<br>POB 530927<br>Atlanta, GA 30353-0927 | Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193 | World Omni<br>Po Box 91614<br>Mobile, AL 36691 |